**Order entered July 26, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00229-CR
## No. 05-19-00230-CR
## No. 05-19-00231-CR
## No. 05-19-00232-CR
## No. 05-19-00233-CR

**TYRONTAE LOMON COOPER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause Nos. 069973, 069975, 069976, 069977 & 069796**

## ORDER

We **REINSTATE** these appeals.

We abated the appeals for the trial court to appoint new counsel to represent appellant.

On July 24, 2019, the supplemental clerk's record containing the trial court's order was filed.

We **DIRECT** the Clerk to list Christie M. Merchant as counsel of record for appellant.

We **ORDER** appellant's brief due on or before September 20, 2019.

/s/    BILL PEDERSEN, III
        JUSTICE